Daniel A. Pollack (applying for admission *pro hac vice*)
*dpollack@mccarter.com*
**McCARTER & ENGLISH, LLP**
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921

Lloyd Winawer (State Bar No. 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

[Other counsel listed on signature page]

*Attorneys for all Defendants served with process*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRADLEY C. SMITH, derivatively on behalf of FRANKLIN CUSTODIAN FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., HARRIS J. ASHTON, ROBERT F. CARLSON, SAM GINN, EDITH E. HOLIDAY, FRANK W.T. LAHAYE, FRANK A. OLSON, LARRY D. THOMPSON, JOHN B. WILSON, CHARLES B. JOHNSON, AND RUPERT H. JOHNSON,<br><br>Defendants,<br><br>and<br><br>FRANKLIN CUSTODIAN FUNDS,<br><br>Nominal Defendant. | Case No. 09-4775 PJH<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3 |

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation Extending Time to Respond to the Complaint and Setting Briefing Schedule filed on November 2, 2009, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The time by which Defendants must answer, move against, or otherwise respond to the Complaint shall be on or before December 31, 2009;

2. Plaintiff shall have thirty (30) days from the filing of any motion to dismiss by Defendant(s) to file and serve his Opposition(s) to any such motion to dismiss; and

3. Defendants shall file and serve their Reply(ies) thereto 21 days from the filing of such Opposition(s). The hearing shall be noticed no sooner than 21 days after Reply is filed.

**IT IS SO ORDERED**.

Dated: November 6, 2009



HON. PHYLLIS J. HAMILTON
United States District Court Judge

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants On this 2nd day of November, 2009.

By: /s/Lloyd Winawer

Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, California 94025