Daniel A. Pollack (applying for admission *pro hac vice*)
*dpollack@mccarter.com*
**McCARTER & ENGLISH, LLP**
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921

Lloyd Winawer (State Bar No. 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

[Other counsel listed on signature page]

*Attorneys for all Defendants served with process*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BRADLEY C. SMITH, derivatively on behalf of FRANKLIN CUSTODIAN FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., HARRIS J. ASHTON, ROBERT F. CARLSON, SAM GINN, EDITH E. HOLIDAY, FRANK W.T. LAHAYE, FRANK A. OLSON, LARRY D. THOMPSON, JOHN B. WILSON, CHARLES B. JOHNSON, AND RUPERT H. JOHNSON,<br><br>Defendants,<br><br>and<br><br>FRANKLIN CUSTODIAN FUNDS,<br><br>Nominal Defendant. | Case No. 09-4775 PJH<br><br>**[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT, SETTING BRIEFING SCHEDULE AND DEFERRING THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3 |

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation Extending Time to Respond to the Complaint and Setting Briefing Schedule filed on December 30, 2009, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The time by which Defendants must answer, move against, or otherwise respond to the Complaint shall be on or before January 22, 2010;

2. Plaintiff shall have up to and including February 12, 2010 to file and serve his Opposition to any motions to dismiss filed by Defendants;

3. Defendants shall have up to and including March 5, 2010 to file and serve their Replies to such Opposition(s);

4. A hearing for any motions to dismiss that may be filed is scheduled for April 14, 2010;

5. The Case Management Conference is deferred until after the Court decides any motion(s) to dismiss filed by Defendants; and

6. If the Court issues an Order sustaining any portion of the Complaint, the Court shall schedule the Case Management Conference on the fifth Thursday after the issuance of such an Order, or as soon thereafter as the Court's calendar permits.

**IT IS SO ORDERED**.

Dated: __January 13, 2010____, ~~2009~~



2

[PROPOSED] ORDER EXTENDING TIME TO RESPOND, SET BRIEFING SCHEDULE AND DEFER CMC   CASE NO. C 09-4775 PJH

## **PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants On this 30th day of December, 2009.

By: /s/ Lloyd Winawer