| | |
|---|---|
| Daniel A. Pollack (*pro hac vice*) | Mark Holland (*pro hac vice*) |
| dpollack@mccarter.com | mholland@goodwinprocter.com |
| Edward T. McDermott (*pro hac vice*) | Mary K. Dulka (*pro hac vice*) |
| emcdermott@mccarter.com | mdulka@goodwinprocter.com |
| Anthony Zaccaria (*pro hac vice*) | **GOODWIN PROCTER LLP** |
| azaccaria@mccarter.com | The New York Times Building |
| **McCARTER & ENGLISH, LLP** | 620 Eighth Avenue |
| 245 Park Avenue, 27th Floor | New York, NY 10018 |
| New York, NY 10167 | Telephone: (212) 813-8800 |
| Telephone: (212) 609-6800 | Facsimile: (212) 355-3333 |
| Facsimile: (212) 609-6921 | *Attorneys for Defendants Ashton, Carlson, Ginn, Holiday, Lahaye, Olson, Thompson, Wilson and Franklin Custodian Funds* |
| *Attorneys for Defendants Franklin/Templeton Distributors, Inc., Charles B. Johnson and Rupert H. Johnson* | |

- and -

Lloyd Winawer (State Bar No. 157823)
lwinawer@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
*Attorneys for All Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BRADLEY C. SMITH, derivatively on behalf of FRANKLIN CUSTODIAN FUNDS,<br><br>Plaintiff,<br>v.<br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC., HARRIS J. ASHTON, ROBERT F. CARLSON, SAM GINN, EDITH E. HOLIDAY, FRANK W.T. LAHAYE, FRANK A. OLSON, LARRY D. THOMPSON, JOHN B. WILSON, CHARLES B. JOHNSON, AND RUPERT H. JOHNSON,<br><br>Defendants,<br>and<br>FRANKLIN CUSTODIAN FUNDS,<br><br>Nominal Defendant. | Case No. 09-4775 PJH<br><br>[**PROPOSED**] ORDER EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE<br><br>Date:<br>Time:<br>Place:   Courtroom 3<br>Judge:   Hon. Phyllis J. Hamilton |

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT AND SETTING
BRIEFING SCHEDULE
C-09-4775 PJH
ME1 10254906v.1

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation Extending Time to Respond to the Amended Complaint and Setting Briefing Schedule filed on July 9, 2010, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The time by which Defendants must answer, move against, or otherwise respond to the Amended Complaint shall be on or before August 20, 2010;

2. Plaintiff shall have up to and including September 17, 2010 to file and serve his Opposition to any motions to dismiss filed by Defendants;

3. Defendants shall have up to and including October 6, 2010 to file and serve their Replies to such Opposition(s);

4. A hearing for any motions to dismiss that may be filed is scheduled for October ~~20~~ 27, 2010.

**IT IS SO ORDERED.**

Dated: _July 12, 2010_____, 2010    _____



HAMILTON
Judge

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE
C-09-4775 PJH
ME1 10254906v.1

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of July, 2010.

By:  /s/ Lloyd Winawer

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE
 C-09-4775 PJH
ME1 10254906v.1