FILED
NOV 19 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Jeff S. Westerman (SBN 94559)
jwesterman@milberg.com
**MILBERG LLP**
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Michael C. Spencer (admitted *pro hac vice*)
mspencer@milberg.com
Janine L. Pollack (admitted *pro hac vice*)
jpollack@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Eric M. George (SBN 166403)
egeorge@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Lee A. Weiss
lweiss@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
1 Liberty Plaza, Suite 2329
New York, NY 10006
Telephone: (212) 354-4901
Facsimile: (212) 354-4904

(Additional Counsel on Signature Page)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

BRADLEY C. SMITH, derivatively on behalf of FRANKLIN CUSTODIAN FUNDS,

Plaintiff,

vs.

FRANKLIN/TEMPLETON DISTRIBUTORS, INC., HARRIS J. ASHTON, ROBERT F. CARLSON, SAM GINN, EDITH E. HOLIDAY, FRANK W.T. LAHAYE, FRANK A. OLSON, LARRY D. THOMPSON, JOHN B. WILSON, CHARLES B. JOHNSON, AND RUPERT H. JOHNSON,

Defendants,

and

FRANKLIN CUSTODIAN FUNDS,

Nominal Defendant.

Civil Action No. C 09-4775 PJH

**PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT (FRAP 12(b))**

Notice is hereby given that plaintiff Bradley C. Smith, derivatively on behalf of Franklin Custodian Funds, in the above-captioned action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment [Dkt. No. 55] entered in this action on October 22, 2010, and the Orders entered in this action on June 8, 2010 [Dkt. No. 44] and October 22, 2010 [Dkt. No. 54].

Dated: November 18, 2010

**MILBERG LLP**

Janine L. Pollack

Janine L. Pollack (*admitted pro hac vice*)

Michael C. Spencer
mspencer@milberg.com
Janine L. Pollack
jpollack@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Jeff S. Westerman (SBN 94559)
jwesterman@milberg.com
**MILBERG LLP**
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Eric M. George (SBN 166403)
egeorge@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars
Suite 2400
Los Angeles, CA 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Lee A. Weiss
lweiss@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
1 Liberty Plaza, Suite 2329
New York, NY 10006
Telephone: (212) 354-4901
Facsimile: (212) 354-4904

Ronald A. Uitz
ron877@yahoo.com
**UITZ & ASSOCIATES**
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
Telephone: (202) 296-5280
Facsimile: (202) 521-0619

Alfred G. Yates, Jr. Esq.
yateslaw@aol.com
**LAW OFFICE OF
ALFRED G. YATES, JR. P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

***Attorneys for Plaintiff***

NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Plaintiff Bradley C. Smith, derivatively on behalf of Franklin Custodian Funds, in this action is represented by the following counsel:

Michael C. Spencer
Janine L. Pollack
**MILBERG LLP**
One Pennsylvania Plaza
New York NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
mspencer@milberg.com
jpollack@milberg.com

Jeff S. Westerman
**MILBERG LLP**
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
jwesterman@milberg.com

Eric M. George
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars
Suite 2400
Los Angeles, CA 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
egeorge@bwgfirm.com

Lee A. Weiss
**BROWNE WOODS GEORGE LLP**
1 Liberty Plaza, Suite 2329
New York, NY 10006
Telephone: (212) 354-4901
Facsimile: (212) 354-4904
lweiss@bwgfirm.com

Ronald A. Uitz
**UITZ & ASSOCIATES**
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
Telephone: (202) 296-5280
Facsimile: (202) 521-0619
ron877@yahoo.com

Alfred G. Yates, Jr. Esq.
**LAW OFFICE OF ALFRED G. YATES, JR. P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com

All Defendants are represented in this action by the following counsel:

Lloyd Winawer
Susanne N. Geraghty
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
*lwinawer@goodwinprocter.com*
*sgeraghty@goodwinprocter.com*

Defendants Franklin/Templeton Distributors, Inc., Charles B. Johnson and Rupert H. Johnson are represented in this action by the following counsel:

Daniel A. Pollack
Edward T. McDermott
Anthony Zaccaria
**McCARTER & ENGLISH, LLP**
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
*dpollack@mccarter.com*
*emcdermott@mccarter.com*
*azaccaria@mccarter.com*

Defendants Harris J. Ashton, Robert F. Carlson, Sam Ginn, Edith E. Holiday, Frank W.T. Lahaye, Frank A. Olson, Larry D. Thompson, John B. Wilson, and Franklin Custodian Funds are represented in this action by the following counsel:

Mark Holland
Mary K. Dulka
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
*mholland@goodwinprocter.com*
*mdulka@goodwinprocter.com*

Dated: November 18, 2010

**MILBERG LLP**

Janine L. Pollack (*admitted pro hac vice*)

Michael C. Spencer
mspencer@milberg.com
Janine L. Pollack
jpollack@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Jeff S. Westerman (SBN 94559)
jwesterman@milberg.com
**MILBERG LLP**
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Eric M. George (SBN 166403)
egeorge@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
2121 Avenue of the Stars
Suite 2400
Los Angeles, CA 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Lee A. Weiss
lweiss@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
1 Liberty Plaza, Suite 2329
New York, NY 10006
Telephone: (212) 354-4901
Facsimile: (212) 354-4904

Ronald A. Uitz
ron877@yahoo.com
**UITZ & ASSOCIATES**
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
Telephone: (202) 296-5280
Facsimile: (202) 521-0619

Alfred G. Yates, Jr. Esq.
yateslaw@aol.com
**LAW OFFICE OF**
**ALFRED G. YATES, JR. P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I, Jeffrey Baum, hereby certify that a true copy of the above document was served upon the attorney of record for each party via e-mail on November 18, 2010.

Jeffrey Baum