FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRADLEY C. SMITH, derivatively on behalf of Franklin Custodian Funds, Plaintiff - Appellant, v. FRANKLIN/TEMPLETON DISTRIBUTORS, INC.; et al., Defendants - Appellees. | No. 10-17648 D.C. No. 4:09-cv-04775-PJH Northern District of California, Oakland ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Teresa A. Haugen, Deputy Clerk
> 9th Cir. R. 27-7/Advisory Note to R. 27
> and 9th Cir. R. 27-10

tah/6.13.11/Pro Mo