**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   510.637.3530

June 17, 2011

CASE NUMBER: **CV 09-04775 PJH**
CASE TITLE: **Smith-v- Franklin/Templeton Distributors, Inc.**
DATE MANDATE FILED: 6/15/2011

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Valerie Kyono
Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16